UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN STEVENSON,  Civil Action No. 2:10-cv-10-14716
    Plaintiff,  Hon. Patrick J. Duggan

—vs—
LIFE INSURANCE COMPANY OF NORTH
AMERICA, a foreign corporation,
    Defendant.
_____/

## ORDER OF DISMISSAL

At a session of said Court held in the Federal Building & US Courthouse, City of Detroit, County of Wayne, State of Michigan, on July 20, 2011, 2011.

PRESENT: The Hon. Patrick J. Duggan
U.S District Court Judge

This matter having come on to be heard before the Court on the stipulation to dismiss, with prejudice, as evidenced by the signature of the attorneys for the parties set forth below, and the Court being otherwise fully informed in the premises,

IT IS ORDERED that this matter be, and the same is hereby, DISMISSED with prejudice and without costs to any party;

IT IS SO ORDERED.

    S/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: July 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2011, by electronic and/or ordinary mail.

    S/Marilyn Orem
    Case Manager

|  |  |
|---|---|
| NOTICE OF ENTRY WAIVED: | APPROVED AS TO FORM & CONTENT; |
| BENDURE & THOMAS | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| By: /s/ Marc E. Thomas<br>Marc E. Thomas P25628<br>30700 Telegraph Road, Suite 3475<br>Bingham Farms, MI 48025-4571<br>(248) 646-5255<br>marc@bendurethomaslaw.com<br>Attorneys for Plaintiff Stevenson | By: /s/ Brian T. Quinn<br>Brian T. Quinn P66272<br>222 N. Washington Square, Suite 400<br>Lansing, MI 48933-1800<br>(517) 377-0706<br>bquinn@honigman.com<br>Attorneys for LINA |